FILED

SEP 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AKAYSIA PEARSON,<br><br>      Petitioner,<br><br> v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>      Respondents. | No. 23-15750<br><br>D.C. No. 3:20-cv-05726-CRB<br><br>ORDER |

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument. Therefore, this case is ordered submitted without oral argument on Wednesday, October 9, 2024, in San Francisco, California. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT