**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**FILED**

NOV 04 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AKAYSIA PEARSON, individually and as a successor in interest to Coltrane Pearson, deceased; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>M. CARILLO; et al.,<br><br>        Defendants - Appellees. | No. 23-15750<br><br>D.C. No. 3:20-cv-05726-CRB<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered October 11, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $186.30.

                                            FOR THE COURT:

                                            MOLLY C. DWYER
                                            CLERK OF COURT